The following constitutes
the order of the court. Signed April 10, 2014

Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In Re: **Aurelia Scholar**  Case No.: **14-41260 RLE**

Debtor(s)/   Chapter: 13

ORDER OF DISMISSAL

Debtor(s) having failed to comply with this Court's order dated 3/25/2014, and no objections having been filed,

THIS CASE IS HEREBY DISMISSED.

**END OF ORDER**

COURT SERVICE LIST

All Recipients